# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEE SMITH, | ) NO. CV 09-4892 RGK (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| WARDEN, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 20, 2009.

*/s/ Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE